153 So. 917

## CITY OF ANDALUSIA v. W. I. GROSS.

4 Div. 724.

Supreme Court of Alabama.

March 29, 1934.

PER CURIAM.

Appeal dismissed for want of prosecution.

154 So. 916

## Hillman, alias Dick, COOK v. STATE.

8 Div. 552.

Supreme Court of Alabama.

May 17, 1934.

PER CURIAM.

Appeal dismissed.

154 So. 917

## J. E. CULPEPPER et al. v. R. N. PITTS.

4 Div. 765.

Supreme Court of Alabama.

May 10, 1934.

A. L. Patterson, J. B. Hicks, Roy L. Smith, and J. W. Brassell, all of Phenix City, for appellants.

B. de G. Waddell, of Seale, and Rushton,

Crenshaw & Rushton, of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

151 So. 920

## Louis, alias Lewis, CUNNINGHAM v. STATE.

1 Div. 779.

Supreme Court of Alabama.

Dec. 14, 1933.

A. J. Kearley and J. L. Sills, both of Mobile, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, Justice.

The appellant was duly convicted of the offense of murder in the first degree, and has appealed from the judgment of conviction on the record without a bill of exceptions.

The record has been carefully examined, and it is in all things regular and free from error. Therefore a judgment will be entered here affirming the judgment of conviction and sentence of the circuit court.

The judgment of conviction having been suspended pending his appeal, and the date heretofore fixed by the circuit court of Mobile county for the execution of the death sentence having passed, it is ordered that Friday, the 9th day of February, 1934, be and is hereby fixed and set by this court as the date upon which such sentence passed and pronounced upon appellant will be executed. It is so ordered by this court.

Affirmed.

All the Justices concur.

154 So. 917

## A. CUNNINGHAM, Adm'r, etc., v. Victoria W. WILKERSON et al., etc.

3 Div. 85.

Supreme Court of Alabama.

May 10, 1934.

PER CURIAM.

Appeal dismissed by appellant.